# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Desmond Akuoh Ntangku

**Petitioner,**

**V.**

Christopher LaRose, Warden, Otay Mesa Detention Center

**Respondent.**

**Civil Action No.** 26-cv-4026-AGS-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:
Having reviewed petitioner's response to this Courts show cause order (ECF 6), the Court dismisses this case as duplicative. See 26-cv-2257-AGS-VET. Petitioner asserts the same arguments already rejected in his prior petition only two weeks before he filed this one. See Eldridge v. Howard, 70 F.4th 543, 551 (9th Cir. 2023) ("The abuse of the writ doctrine forbids the reconsideration of claims that were or could have been raised in a prior habeas petition."). The case is hereby closed.

**Date:** 8/5/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy